**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 07-1876**

─────────

WAYNE TATUM,

              Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA; ROBERT M. GATES, Secretary, United
States Department of Defense; DONALD C. WINTER, Secretary,
United States Department of the Navy (each sued in their
official capacity only),

              Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:06-cv-02307-RDB)

─────────

Submitted:  February 26, 2008          Decided:  April 4, 2008

─────────

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Wayne Tatum, Appellant Pro Se. Allen F. Loucks, Assistant United
States Attorney, Baltimore, Maryland, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Tatum appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Tatum v. United States</u>, No. 1:06-cv-02307-RDB (D. Md. Aug. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>